UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

BADER MATTI,

    Defendant.
_____/

Case No. 14-12981

Paul D. Borman
United States District Judge

## JUDGMENT

For the reasons stated in the Opinion and Order Granting Plaintiff's Motion for Default Judgment issued on today's date, it is ordered and adjudged that Plaintiff's Motion for Default is GRANTED and Plaintiff is AWARDED damages, attorney fees and costs in the total amount of $26,425.70.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: MAR 0 3 2015

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON March 3, 2015

DEPUTY COURT CLERK